ary 21, 1910.) Action by Louis Levin and another against James E. Dietz, specially appearing, and Headley M. Greene, in which said Dietz appeals.

PER CURIAM. The appeal from the order of October 19, 1909, is dismissed, with $10 costs and disbursements, upon the ground that such order is not appealable. The motion to amend the order of May 27, 1909, was unnecessary. The condition in the order with regard to the filing of the bond, being a condition in favor of respondent, could be waived by him. The appellant is estopped from claiming his right to a jury trial, and must proceed with the hearing before the referee.

In re LEVY. (Supreme Court, Appellate Division, First Department. January 14, 1910.) In the matter of Nathan S. Levy, an attorney. No opinion. Reference ordered. Settle order on notice.

LEVY, Respondent, v. TOYODA et al., Appellants. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by Herman H. Levy against Henry Toyoda and others. A. G. Hays, for appellants. R. Weed, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 128 App. Div. 927, 112 N. Y. Supp. 1135.

LEWIS, Appellant, v. GEHLEN, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by Joseph Lewis against Charles W. Gehlen. No opinion. Reargument ordered, and case set down for Tuesday, January 18, 1910.

LEWIS, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. January 14, 1910.) Action by Mary J. Lewis, as executrix, etc., against the State of New York. No opinion. Judgment vacated, without costs, and matter remitted to Court of Claims, to the end that a decision may be made. All concur.

LEYER, Respondent, v. POLO, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by Otto Leyer against Andrew Polo.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

JENKS and MILLER, JJ., vote to reverse, for error in the exclusion of evidence designed to prove bias on the part of plaintiff's witness Thomas Senff.

LIFER, Respondent, v. ALSEN'S AMERICAN PORTLAND CEMENT WORKS, Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Hattie Lifer, as administratrix, etc., of Charles Lifer, deceased, against the Alsen's American Portland Cement Works.

PER CURIAM. Judgment and order affirmed, with costs.

SMITH, P. J., and SEWELL, J., dissent.

LIND, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by George C. Lind against the Long Island Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

BURR and THOMAS, JJ., dissent.

LINDEN, Appellant, v. FRIES, Respondent. (Supreme Court, Appellate Division, First Department. January 21, 1910.) Action by Augustus Linden against Harold H. Fries. L. L. Kellogg, for appellant. J. Larkin, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

LINDER, Appellant, v. JOLINE et al., Respondents. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Rosa Linder against Adrian H. Joline and another. N. Greenbaum, for appellant. W. H. Wood, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LIQUID CARBONIC CO. v. MATTHEWS et al. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) In the matter of supplementary proceedings in the action of the Liquid Carbonic Company against Irving A. Matthews and Phebe D. Matthews.

PER CURIAM. Order of the County Court of Nassau county reversed, with $10 costs and disbursements, on the ground that there was no evidence that the third party examined in the proceedings supplementary to execution had any personal property of the judgment debtor or was indebted to her in any sum whatever. Code Civ. Proc. § 2441.

LOOMIS et al., Respondents, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 19, 1910.) Action by Leslie G. Loomis and another, as copartners under the firm name of L. G. Loomis & Son, against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

LOUNSBURY, Appellant, v. CITY OF SYRACUSE, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 19, 1910.) Action by Mary Lounsbury against the City of Syracuse. No opinion. Order affirmed, with costs.

LYNCH, Respondent, v. PIERCE, Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Patrick Lynch against John Pierce. R. H. Ewell, for appellant. W. J. Martin, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

HOUGHTON, J., dissents.

LYONS, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court,